THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-00213-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER AMENDING |
| VS | ) | SUPERVISED RELEASE |
| | ) | CONDITIONS |
| | ) | |
| | ) | |
| MARTEL AUGUSTIN, | ) | |
| Defendant. | ). | |

THIS MATTER is before the Court on defendant's Unopposed Motion to Amend his Supervised Release Conditions pursuant to Federal Rules of Criminal Procedure 32.1(c)(2) and 18 U.S.C. (e)(2) the motion is GRANTED and Defendant's Supervised Release Conditions shall be amended as follows:

1. The Defendant shall participate in the form of location monitoring indicated below for a period not to exceed 9 months, and follow monitoring procedures specified by the supervising officer which shall be utilized for the purposes of verifying compliance with any court imposed condition of supervision.

2. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

3. The defendant shall have no residential curfew, home detention, or home incarceration restrictions.

4. The Defendant shall have no restrictions on his travel.

5. All other terms and conditions of Supervised Release shall remain the same.

1

SO ORDERED, this the **23** day of **June** 2022.

                                                */s/ J. Dever*
                                           JAMES C. DEVER, III
                                           DISTRICT COURT JUDGE